mission of certain demands which would not fall within any of the counts in the respective declarations, in order to avoid further litigation.

The award, therefore, in each suit, ought, in my opinion, to be set aside. The one against *Clason*, for the reasons above mentioned, and the one in which he is plaintiff, because there is a probability that the referees found a balance there due to him, which he would otherwise lose the benefit of. The judgment of the court is, that both awards be set aside.

### *Robert M. Brett and John Bunn* v. *Mathew Hood.*

THE plaintiffs had in the last term recovered a verdict against the defendant, who, on making a case, had obtained the usual certificate to stay proceedings; to set aside which, the plaintiffs gave notice of a motion, but not attending to argue it,

*Caines*, for the defendant, on the last day of term, applied for costs, which the court was pleased to order.

N. B. It was during this term intimated by the bench, that they would not hear any argument to set aside a judge's certificate to stay proceedings on a case made.